UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**REGINALD WILLIAMS**                                              **CIVIL ACTION**

**VERSUS**

**NATIONSTAR MORTGAGE LLC**                          **NO. 19-00663-BAJ-SDJ**

## ORDER

Before the Court is Defendant's **Rule 12(c) Motion to Dismiss (Doc. 25)**. The Motion is unopposed.

On July 2, 2021, Plaintiff was granted leave to file an amended complaint. *See* (Doc. 41); (Doc. 42). Courts vary in approach when a plaintiff amends his complaint while a Rule 12 motion is pending. *See Melson v. Vista World Inc. & Assocs.*, No. CIV.A. 12-135, 2012 WL 6002680, at *12 (E.D. La. Nov. 30, 2012). Nonetheless, "many district courts—including those in this Circuit—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint." *La. v. Bank of Am. Corp.*, No. CV 19-638-SDD-SDJ, 2020 WL 3966875, at *5 (M.D. La. July 13, 2020) (citing *Garcia v. City of Amarillo, Tex.*, No. 2:18-CV-95-D-BR, 2018 WL 6272461, at *1 (N.D. Tex. Oct. 29, 2018), *report and recommendation adopted*, No. 2:18-CV-095-D, 2018 WL 6268222 (N.D. Tex. Nov. 30, 2018), at *1 ("[A]n amended complaint, which supersedes the original complaint as the operative live pleading, renders moot a motion to dismiss the original complaint."); *Xtria, LLC v. Int'l Ins. All. Inc.*, No. CIV.A.309-CV-2228-D, 2010 WL 1644895, at *2 (N.D. Tex. Apr. 22, 2010) ("Because [the plaintiff] has been granted leave to amend, [the

1

defendant's] motions to dismiss and for judgment on the pleadings are denied without prejudice as moot.") (additional citations omitted)). While a court may apply a pending Rule 12 motion to a newly amended complaint, it should nonetheless deny the pending motion as moot if that application "would cause confusion or detract from the efficient resolution of the issues." *Rodgers on Behalf of CJTJ v. Gusman*, No. CV 16-16303, 2019 WL 186669 at \*2 (E.D. La. Jan. 14, 2019) (In that situation, "it makes sense to require the defendant to file a new motion specifically addressing the amended complaint.").

Here, Plaintiff's Amended Complaint was filed with the intent of addressing and potentially remedying the issues raised in the pending motion to dismiss. *See* (Doc. 28-1, p. 2–3). To promote the efficient resolution of this matter, the Court will deny Defendants' pending Motion to Dismiss as moot. (Doc. 25). The Court will permit Defendants to re-urge their Motion if, after reviewing the comprehensive version of the Amended Complaint, Defendants can provide support for the argument that Plaintiff has failed to state a claim and that the Court lacks jurisdiction over this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Motion (Doc. 25) is **DENIED**.

Baton Rouge, Louisiana, this 19th day of August, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**